SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
GIROD ST. MARTIN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIROD ST. MARTIN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, a public university, and DOES 1-10, <br><br> Defendants. | CASE NO. :  3:14-cv-01765-WHA <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT:

Plaintiff provides notice that this matter has settled, and the parties will file a request for dismissal with prejudice forthwith.

Respectfully submitted, this 16th day of March, 2015.

                                               SMITH PATTEN

                                               _/s/ Dow W. Patten_
                                               SPENCER F. SMITH, ESQ.
                                               DOW W. PATTEN, ESQ.
                                               Attorneys for Plaintiff
                                               GIROD ST. MARTIN