```
SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN:135931)
221 Main Street, Suite 740
San Francisco, California 94105
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
GIROD ST. MARTIN
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIROD ST. MARTIN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, a public university, and DOES 1-10,<br><br>    Defendants. | CASE NO. :  3:14-cv-01765-WHA<br><br>**STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND** ~~PROPOSED~~ **ORDER** |

The parties, through their respective counsel of record herein; hereby STIPULATE and agree that this matter be dismissed with prejudice in its entirety as to all claims and all parties, each party to bear their own attorneys' fees and costs, as the parties have settled this matter.

SO STIPULATED.

Respectfully submitted, this 2nd day of July, 2015

                                             SMITH PATTEN

                                            /s/  Dow W. Patten
                                           SPENCER F. SMITH, ESQ.
                                           DOW W. PATTEN, ESQ.
                                           Attorneys for Plaintiff
                                           GIROD ST. MARTIN

SEDGWICK, LLP

   /s/ Delia Isvoranu
DELIA ISVORANU
Attorneys for Defendant

**[PROPOSED]** ORDER

Based upon the STIPULATION of the parties, this matter is dismissed with prejudice as to all claims and all parties, each party to bear their own attorneys' fees and costs, as the parties have settled this matter.

SO ORDERED, this  2  day of July, 2015



Hon. William H. Alsup
United States District Judge